**In re the Marriage of Lynn Rex COLLOM, Appellant,**

**v.**

**Charleen Amelia COLLOM, Respondent.**

**No. 48069.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 20, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Jan. 7, 1985.

Patrick J. Healey, Festus, for appellant.

Joseph P. Cunningham, Festus, for respondent.

ORDER

PER CURIAM.

Husband appealed from an order granting the wife's motion to modify a dissolution decree by transferring to her primary custody of the two minor children of the marriage, and from a dismissal of his motion for contempt. The judgment is affirmed in accordance with Rule 84.16(b).